J.M. IRIGOYEN, #177626
CALFED Law Corporation
2131 Amador Street
Fresno, California 93721
Telephone:    (559) 233-3333
Facsimile:     (559) 233-2434

Attorney for Petitioner-Appellant: OSCAR RAYA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00285 AWI BAM |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE |
| OSCAR RAYA | |
| Defendant. | |
| _____/ | |

STIPULATION TO CONTINUE STATUS CONFERENCE

It is stipulated and agreed between the parties that the status conference currently set for May 6, 2013, be continued to June 3, 2013.  The continuance is necessary due to the voluminous nature of the evidence to be reviewed.  A complete review of the evidence is necessary to adequately prepare and investigate Defendant's case.   The defendant also needs additional time to review an offer from the government to resolve the case.

The parties agree that the delay resulting from the continuance through June 3, 2013, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the completion of plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A).

/ / /

/ / /

Page 1 of  2

1  I hereby agree to the above stipulation.

2

3  Dated: April 29, 2013                                    /s/J.M. Irigoyen
                                                            J.M. Irigoyen
4
   I hereby consent to the above stipulation.
5

6  Dated: April 29, 2013                                    /s/David L. Gappa
                                                            David L. Gappa
7

8                                    ORDER

9       It is so ordered.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

10 3161(h)(l)(G), 3161(h)(7)(A).  Should the parties reach an agreement that resolves the case

11 prior to June 3, 2013, they shall schedule the matter for a hearing in district court.  Should the

12 parties not reach an agreement that resolves the case prior to June 3, 2013, they shall be

13 prepared to schedule this case for trial at the next status conference on June 3, 2013.

14

15 IT IS SO ORDERED.

16
   Dated:   May 2, 2013                              _____
17                                                        SENIOR  DISTRICT  JUDGE