1  J.M. IRIGOYEN, #177626
   CALFED Law Corporation
2  2131 Amador Street
   Fresno, California 93721
3  Telephone:    (559) 233-3333
   Facsimile:    (559) 233-2434
4
   Attorney for Petitioner-Appellant: OSCAR RAYA
5

6
                   UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              Case No.  1:12-cr-00285 AWI BAM
10
        Plaintiff,
11
        v.                                STIPULATION TO CONTINUE STATUS
12                                        CONFERENCE AND  ORDER
   OSCAR RAYA
13
        Defendant.
14

15  _____/

16

17           STIPULATION TO CONTINUE STATUS CONFERENCE

18       It is stipulated and agreed between the parties that the status conference currently set for

19  June 3, 2013, be continued to July 15, 2013 at 10:00 a.m..  The continuance is necessary for

20  continued negotiation and avoidance of litigating dispositive motions.

21       The parties agree that the delay resulting from the continuance shall be excluded in the

22  interests of justice, including but not limited to, the need for the period of time set further

23  herein for effective defense preparation and the resolution of pre-trial motions that are pending

24  pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(I) through July 15,

25  2013.

26  //

27  //

28
                              Page 1 of  2

1    I hereby agree to the above stipulation.

3    Dated: May 29, 2013                                    /s/J.M. Irigoyen
                                                            J.M. Irigoyen

     I hereby consent to the above stipulation.

6    Dated: May 29, 2013                                    /s/David L. Gappa
                                                            David L. Gappa

8                                        ORDER

9    It is so ordered.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§
10   3161(h)(l)(F),  3161(h)(8)(A) and 3161(h)(8)(B)(I).

11   **IT IS SO ORDERED.**

12   
**Dated:     May 30, 2013**
13                                                          _____
                                                            **SENIOR  DISTRICT  JUDGE**

1    I hereby agree to the above stipulation.

3    Dated: May 29, 2013                             /s/J.M. Irigoyen
                                                     J.M. Irigoyen

     I hereby consent to the above stipulation.

6    Dated: May 29, 2013                             /s/David L. Gappa
                                                     David L. Gappa

8                                      ORDER

9    It is so ordered.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§
10   3161(h)(l)(F),  3161(h)(8)(A) and 3161(h)(8)(B)(I).

11   **IT IS SO ORDERED.**

**Dated:     May 30, 2013**

13                                                   _____
                                                     **SENIOR  DISTRICT  JUDGE**