BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00285-AWI |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| OSCAR RAYA, | |
| aka "Angel Raya" aka "Lilmo," | |
| Defendant. | |

WHEREAS, on September 25, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Oscar Raya, forfeiting to the United States the following property:

   a. Acer Laptop Computer, Model PAV30, serial number LXRF7020521101F9C811601, seized by law enforcement on or about August 7, 2012;
   b. Seagate 1 terrabyte external hard drive, Serial Number NA05NC78, seized by law enforcement on or about August 7, 2012;
   c. Western Digital external hard drive, serial number WXN1E40EKK76M, seized by law enforcement on or about August 7, 2012;
   Hewlett Packard Touchsmart computer (and charger), serial number

Final Order of Forfeiture                1

3CR8220NXV.

AND WHEREAS, beginning on September 27, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Oscar Raya.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Postal Service, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   January 21, 2014                    _____
                                              SENIOR DISTRICT JUDGE