**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OSCAR RAYA,<br><br>　　　　　Defendant. | Case No.: 1:12-cr-000285 AWI-BAM<br><br>ORDER FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE |

　　　On October 1, 2012, a deed of trust was filed with the court to secure the release of the above-named defendant as follows:

　　　Owner of Record:  Edith Raya

　　　Deed No. 2012-0085271-00– Docket number 13

　　　The case has concluded as to this defendant and was remanded into custody on August 26, 2013 to begin serving his sentence as ordered by the court.

　　　Based on the above, the defendant requests this court to enter an order providing for the reconveyance of the deed of trust described above.

IT IS SO ORDERED.

Dated:　January 13, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE