HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00285-AWI-BAM |
| Plaintiff, | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| OSCAR RAYA, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

Defendant Oscar Raya, through the Federal Defender for the Eastern District of

California, hereby requests appointment of counsel.

On November 4, 2013, Mr. Raya was sentenced 127 months in custody and 300

months of supervised release. Mr. Raya was released on July 13, 2021 and is in need of counsel

to assist him with modifying a term of his supervised release.

The attached Financial Affidavit is submitted as evidence of Mr. Raya's financial

inability to retain counsel. After reviewing the attached Financial Affidavit, it is respectfully

recommended that counsel be promptly appointed.

DATED:  November 8, 2021          _____/s/ Eric V. Kersten_____
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

1

2

**O R D E R**

3      Having satisfied the Court that the defendant is financially unable to retain counsel, the

4  Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

5  IT IS SO ORDERED.

6

7      Dated:   **November 9, 2021**              /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28